UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| BEASLEY MINISTRIES INC., | ) | |
| LIVING WORD OF GOD MINISTRIES, | ) | |
| PASTOR JESSE BEASLEY, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO.:   1:25-cv-000579 |
| | ) | |
| STACEY O'DAY, | ) | |
| ALLEN COUNTY ASSESSOR'S OFFICE, | ) | |
|     Defendant. | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, Beasley Ministries, Inc., Living Word of God Ministries, and Pastor Jesse Beasley, by counsel, Samuel L. Bolinger and files his Complaint for Damages, and alleges, against Defendant, Stacey O'Day and states:

1.    Plaintiffs are  Beasley Ministries, Inc., Living Word of God Ministries, and Pastor Jesse Beasley (Beasley) located at 704 E. Pontiac Street, Fort Wayne, IN 46803.

2.    Stacey O'Day is the Allen County Assessor (Assessor) located at 1 E. Main Street, Ste. 415, Fort Wayne, IN 46802.

3.    Prior to be assessed by the Assessor office. Beasley authorized Defendant Assessor, her staff and the Defendant's attorney, Sarah Schriber to visit and inspect the Plaintiff's location at 803 E. Pontiac in Fort Wayne. The inspection lasted about 1 hour. Beasley was present the entire time.

4.    Beasley was approved as a non-profit entity in 1995 by the IRS.

5. Assessor advised Beasley that even with his non-profit status, that the properties/buildings at 704 E. Pontiac Street, Fort Wayne were subject to county taxes.

6. The Assessor sent tax bills to Beasley who paid same.

7. Beasley contested the assessment. The decision was appealed all the way through the Indiana Tax Court. Opinion of the Indiana Tax Court. The time to appeal same has expired.  (Exhibit A).

8. Beasley filed a tort claim notice.

9. Beasley alleges as follows:

   a. Defendant was negligent in its assessment of the Beasley property, in that it owed a duty to properly and correctly apply the standards for that evaluation.

   b. Defendant failed to do so and as a result Plaintiff was damaged.

10. The Indiana Tax Court ruled in favor of Beasley. Final Ruling is attached Exhibit A.

11. Defendant is charged with assessing real estate in Allen County Indiana pursuant to state statute for tax purposes.

12. Additionally, Beasley alleges Defendants were misfeasant in performing a lawful act in an improper, negligent, or careless manner that causes harm.

13. Defendants conduct was lawful, but the way it was executed was wrong in that Defendants conduct was careless or a failure to operate proper care or skill especially in light of Plaintiff repeatedly advised Defendants of its proper tax status and was not liable.

14. Further, Beasley alleges Defendant violated his rights pursuant to 42 USC 1981 and 1983 as well as that the Defendant acted in their official capacity as Assessor.

15. Beasley was defamed, embarrassed, subjected to mental anguish, humiliated, suffered a

loss of daycare, employees, income, lost wages, year being taxed, unfairly targeted, denied insurance (501C(3)) deprivation, false accusations, and attorney's fees as a result of Defendant's conduct above.

16.     The opinions of the attorney and county assessor caused a great deal of damage to our ministry, daycare, and personal reputation in this community with the local pastor and businesses.

Wherefore, Plaintiff Beasley moves the court for compensatory damages and reasonable attorney's fees and for all other just and proper relief.

JURY TRIAL

The Plaintiff's hereby demands trial by jury (pursuant to FRCP 38(b)) on all issues.

Respectfully submitted,

*/s/   Samuel L. Bolinger*
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel:   260.407.0040
Fax: 260.407.0039
Email: mark@slblawfirm.org
Counsel for Plaintiff